Case 5:20-cv-00228   Document 10   Filed on 02/24/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-228 |
| § | |
| KAS LAREDO HOLDINGS, LLC, § | |
| § | |
| Defendant. § | |

### ORDER

On February 22, 2021, Plaintiff Josh Limas and Defendant KAS Laredo Holdings, LLC, filed a "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 9). The stipulation (Dkt. 9), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 24th day of February, 2021.

_____
Diana Saldaña
United States District Judge